IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALFREDO SANTIAGO TENA,

    Petitioner,

vs.                                      No. CV 21-00201 KG/GJF

AW JACKSON WARDEN,
SONIA K. CHAVEZ USMS,
DONALD W. WASHINGTON DIRECTOR USMS

    Respondents.

## JUDGMENT

**THIS MATTER** is before the Court on Petitioner Alfredo Santiago Tena's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241. (Doc. 1) and the Court having entered its Memorandum Opinion and Order dismissing the Petition without prejudice as premature,

IT IS ORDERED that Judgment is entered and Petitioner Alfredo Santiago Tena's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241. (Doc. 1) is **DISMISSED** without prejudice.

                                                       _____
                                                       UNITED STATES DISTRICT JUDGE